# Exhibit A

| | |
|---|---|
| **From:** | Greg Hurley |
| **To:** | DisabilityRights@manninglawoffice.com |
| **Cc:** | Brad Leimkuhler |
| **Subject:** | Castillo v. Lindt - plaintiff"s Motion to Remand- Meet and confer |
| **Date:** | Thursday, October 31, 2019 9:40:46 AM |
| **Attachments:** | 2019-10-30 Docket 9 Plaintiff Castillo"s RJN ISO Motion to Remand to Superior Court, 4850-7549-3035 v 1.pdf |
| | 2019-10-23 [PROPOSED] Order Granting Joint Stipulation to Remand - Garcia v. Mammoth (00668), 4822-1682-8330 v 1.docx |
| | 2019-09-23 Hearing Transcript Motion for Sanctions 4844-2350-8650 v 1.pdf |

Mr. Manning,

We have received your motion for remand. We are willing to stipulate to a remand if you will stipulate that you are not alleging violations of the ADA. Attached is the transcript and Proposed Order of the Court where you brought an identical motion to remand and the Judge required you to make that stipulation. I think that it is misleading for you to bring these motions to remand without disclosing this ruling to the Court. Thanks

**Greg Hurley**
**949 282 9530**
GHurley@sheppardmullin.com

# SheppardMullin

650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com